**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-26138-RAR**

**RAZMIK BAGDASARIAN,**

Petitioner,

v.

**WARDEN**, *KROME NORTH SERVICE PROCESSING CENTER ASSISTANT FIELD OFFICE DIRECTOR for the Krome North Service Processing Center, et al.*,

Respondents.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the Joint Stipulation of Voluntary Dismissal with Prejudice ("Stipulation"), [ECF No. 14], filed on October 13, 2026. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED *with prejudice***, with each party to bear their own costs and attorney's fees. All pending deadlines are hereby **TERMINATED**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of October, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**